UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUANA CAMACHO,

               Plaintiff,

      v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security
Administration,

          Defendant.

Case No. EDCV 18-1954 JC

JUDGMENT

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.


DATED: March 6, 2019


                             /s/
               —————————————————————
               Honorable Jacqueline Chooljian
               UNITED STATES MAGISTRATE JUDGE