LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
4/18/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_CW\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JUANA CAMACHO,<br><br>   Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>   Defendant. | No. EDCV 18 – 1954 JC<br><br><u>ORDER AWARDING EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND NINE HUNDRED DOLLARS AND 00/100 ($3,900.00) subject to the terms of the stipulation.

DATE:    April 18, 2019       _____/s/_____
                                                HONORABLE JACQUELINE CHOOLJIAN
                                                UNITED STATES MAGISTRATE JUDGE